IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. NO. 10-00098-CG-C |
| | ) | |
| STEPHEN DANIEL NODINE, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the United States' motion for review of the Magistrate Judge's decision setting conditions of release for the defendant in this case. The court has reviewed, de novo, the pretrial report and the recording of the detention hearing held before Judge Cassady on June 14, 2010. Having considered the motion and the evidence and arguments of counsel presented on the issues pertinent to detention, the court finds, as did the Magistrate Judge, that there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The conditions of release ordered by Judge Cassady are sufficient to meet those objectives and are not revoked.

Accordingly, once all of the conditions of release set forth in Judge Cassady's oral order of June 14, 2010 have been put in place, the defendant shall be released on those conditions. The Probation Office is directed to coordinate with the U.S. Marshals Service to effect the release once the conditions are in place.

**DONE** and **ORDERED** this 16th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE