IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. NO. 10-00098-CG-C |
| | ) | |
| STEPHEN DANIEL NODINE, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on "Defendant's Response to Court Order of August 27, 2010" (Doc. 48), in which he objects to the court finding that his appeal from the Magistrate Judge's Order of July 21, 2010 which denied the defendant's request to stay this case until after the state murder charges pending against him have been tried. To the extent the court's order of August 27 failed to address the motion to stay, the court has considered the motion de novo and finds that denial of the motion to stay is appropriate.

The defendant's state murder trial is now scheduled for December 2010 and his federal trial is scheduled for the October 2010 criminal term. If the defendant is convicted in this court, his sentencing will take place after the murder trial, thus eliminating any concerns about the use of a sentencing guidelines cross-reference to the murder case before that trial occurs.

Accordingly, the court upholds the magistrate judge's denial of the defendant's motion to stay this case until after his state murder trial has concluded.

**DONE** and **ORDERED** this 13th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE