IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEPHEN DANIEL NODINE,** | : | |
| Petitioner, | : | |
| | | CIVIL ACTION 12-0302-CG-M |
| v. | : | |
| | | CRIMINAL CASE 10-00098-CG-M |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 105) is **GRANTED**, that Petitioner's Motion to Vacate (Doc. 100) is **DENIED**, and that this action is **DISMISSED**.  It is further **ORDERED** that, if Petitioner files a certificate of appealability, then it shall be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 2nd day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE