IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN DANIEL NODINE,** : | |
| Petitioner, : | |
| | CIVIL ACTION 12-0302-CG-M |
| v. : | |
| | CRIMINAL CASE 10-00098-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

# JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Motion to Vacate is **DENIED**, and **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner Stephen Daniel Nodine. If Petitioner files a certificate of appealability, then it shall be denied as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 2nd day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE